THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
SHARLA CERRA (CSB #187176)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Tel. 213 894-6117
    FAX: 213 894-7819
    Sharla.cerra@usdoj.gov

Attorneys for defendant Michael J. Astrue,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARCIA McDONALD,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | No. CV 07-06854 (RC)<br><br>**JUDGMENT OF REMAND** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g).

DATED: 3/27/08

                                       /s/
                        HON. ROSALYN M. CHAPMAN
                        UNITED STATES MAGISTRATE JUDGE