LAURA KRANK
ATTORNEY AT LAW: 220208
LAW OFFICES OF ROHLFING & KALAGIAN
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX: 562/432-2935
Email: lekrank@hotmail.com

ATTORNEYS FOR PLAINTIFF

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCIA MCDONALD<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>Defendant. | Case No.: CV 07-6854 RC<br><br>[PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Laura Krank, as Plaintiff's assignee and subject to the reservation of rights, the amount of ONE THOUSAND THREE HUNDRED DOLLARS ($1,300.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE: 6/5/2008

THE HONORABLE ROSALYN CHAPMAN
UNITED STATES MAGISTRATE JUDGE